Jerry L. ELLIS, Plaintiff/Respondent,

v.

BASKIN–ROBBINS USA, CO., A Corporation, Defendant/Appellant.

No. 69872.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 18, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1997.

Michael M. McGloin, Denver, CO, Charles M. Shepherd, Clayton, for Defendant/Appellant.

David O. Danis, Gordon G. Hartweger, St. Louis, for Plaintiff/Respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Defendant, Baskin–Robbins USA, Co., appeals from a judgment in favor of plaintiff, Jerry L. Ellis, after a jury trial, in plaintiff's action for breach of contract.

The evidence in support of the jury verdict in this case is not insufficient; no error of law appears. An opinion would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

less otherwise noted.

The judgment of the trial court is affirmed. Rule 84.16(b).